■ In the Matter of KENNETH WILSON, Appellant, v CHARLES SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent.—Judgment of the Supreme Court, Dutchess County (Hillery, J.), entered October 31, 1984, affirmed, without costs or disbursements *(see, Matter of Shahid v Coughlin,* 83 AD2d 8, *affd* 56 NY2d 987; *Matter of Johnstone v Harris,* 86 AD2d 610; *cf. Matter of Patterson v Smith,* 53 NY2d 98, 101-102). Lazer, J. P., Mangano, Lawrence and Eiber, JJ., concur.